THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
The State, Respondent,
v.
Deron Hunter, Appellant.
 
 
 

Appeal from Orangeburg County
 Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2006-UP-091
Submitted February 1, 2006  Filed February 14, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Deron Hunter appeals his convictions of murder, attempted armed robbery, and first degree burglary.  Hunter claims the trial court erred by admitting his written statements in violation of Jackson v. Denno, 378 U.S. 368 (1964).  Additionally, Hunter claims the trial court erred when it accepted the in-court identification by the States witness in violation of State v. Brown, 33 S.C. 185, 508 S.E.2d 38 (Ct. App. 1998).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hunters appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED. [1]
 GOOLSBY, HUFF, and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.